**JOHN RAMSEN, ATTORNEY AT LAW**

7110 Republic Airport, 3rd Floor          (516) 466-6680 Ext. 109
Farmingdale, New York 11735         Fax    (516) 466-6684

January 20, 2016

**VIA ECF**
Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 21 2016 ★
LONG ISLAND OFFICE

Re:    Adam Katz as Assignee of Elana Charters LLC v. Naiad Dynamics US, Inc., Index No. 2:15-CV-6488-ADS-ARL

Your Honor:

I represent the Plaintiff, Adam Katz as Assignee of Elana Charters LLC in the above captioned matter. I join with Defendant's counsel, Michael E. Stern, Esq., of Rubin, Fiorella & Friedman, LLP in submitting this letter to the Court.

We write to advise the Court that we have settled this matter in principle and we are working towards formalizing such settlement. Therefore, the parties respectfully request that the Court hold this case, including Defendant's motion to dismiss (filed on December 22, 2015) in abeyance, and without prejudice to either parties' rights. In the event that this matter is not ultimately settled, the parties intend to fully brief the motion for the Court and to continue litigating this matter.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

John Ramsen, Esq.


/s/
John Ramsen (JR 3814)


cc:     Michael E. Stern, Esq., Attorney for Defendant (via ecf)

In light of the parties' settlement, this case is closed for administrative purposes, subject to the terms of an eventual settlement agreement. The parties are hereby granted leave to move to reopen this matter in the event the settlement is not consummated, at which time a modified briefing schedule relating to the Defendant's pending motion to dismiss will be established. It is SO ORDERED.


s/ Arthur D. Spatt

_____          1/21/16
Arthur D. Spatt, U.S.D.J.                  Date