UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ADAM KATZ, AS ASSIGNEE OF ELANA
CHARTERS LLC,

                Plaintiff,

- against -

NAIAD DYNAMICS US, INC.

                Defendant.
----------------------------------------------------------------X

Civil Action File No.
2:15-CV-6488-ADS-ARL

**STIPULATION OF**
**DISCONTINUANCE**
**WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, all claims of the above entitled action be, and the same hereby are, discontinued with prejudice, without costs or any fees to any party as against another. This stipulation may be filed with the Clerk of the Court without further notice, and signatures hereon transmitted by fax or email shall be valid and binding.

Dated:  February 13, 2016
         Farmingdale, New York

_____
John Ramsen, Esq. (JR 3814)
*Attorney for Plaintiff*
7110 Republic Airport, 3rd Floor
Farmingdale, New York 11735
(516) 466-6680

Dated:  February____, 2016
         New York, New York

_____
Rubin Fiorella & Friedman, LLP
*Attorney for Defendant*
By: Michael E. Stern (MS 9113)
630 Third Avenue
New York, New York 10017
(212) 953-2381

11